IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **TAYLOR FREEZER SALES CO. OF GEORGIA, INC.** | ) ) ) | |
| ex rel. | ) ) | |
| **KYTCH, INC.,** | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 3:23-cv-01998-TSH in the United States District Court |
| **MCDONALD'S CORP.,** | ) ) | for the Northern District of California |
| Defendant. | ) | |

## MOTION TO QUASH OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER

COMES NOW Taylor Freezer Sales Co. of Georgia, Inc. ("TFSG"), and moves this Honorable Court to quash (or in the alternative issue a protective order against) a non-party subpoena issued by Kytch, Inc. ("Kytch"), Plaintiff in the above-styled action, to TFSG, out of the United States District Court for the Northern District of California. TSFG submits its *Brief in Support of Motion to Quash or in the Alternative for a Protective Order* in support of the relief sought herein and incorporates the same. For the reasons set forth in its *Brief*, TSFG respectfully requests the Court quash the non-party subpoena or, alternatively, issue a protective

1

order conditioning compliance on the payment by Kytch of TSFG's cost and providing adequate time for TSFG to comply.

Submitted this 15th day of August, 2023.

By: **Kevin J. Tallant**
Georgia Bar No. 696690
*Attorneys for Taylor Freezer Sales Co. of Georgia, Inc.*
**TALLANT HOWELL**
202 Tribble Gap Road
Suite 302
Cumming, Georgia 30040
T & F: (678) 672-1234
ktallant@tallanthowell.com

## **LR 5.1 CERTIFICATION**

Pursuant to Local Rule 7.1(D), I certify the foregoing *Motion to Quash or in the Alternative for a Protective Order* has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

By: **Kevin J. Tallant**
Georgia Bar No. 696690
*Attorneys for Taylor Freezer Sales Co. of Georgia, Inc.*
**TALLANT HOWELL**
202 Tribble Gap Road
Suite 302
Cumming, Georgia 30040
T & F: (678) 672-1234
ktallant@tallanthowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I electronically filed Taylor Freezer Sales Co., of Georgia's *Brief in Support of Motion to Quash or In the Alternative for a Protective Order* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Daniel P. Watkins: daniel@clarelocke.com
Jered Ede: jered@clarelocke.com

Furthermore, in the event those individuals do not receive the materials by CM/ECF, I hereby certify that I have also emailed the documents to them separately, and mailed the same to them by United States Postal Service first class mail, as follows:

Daniel P. Watkins
Jered Ede
Clare Locke, LLP
10 Prince Street
Alexandria, VA 22314

By: **Kevin J. Tallant**
Georgia Bar No. 696690
*Attorneys for Taylor Freezer Sales Co. of Georgia, Inc.*
**TALLANT HOWELL**
202 Tribble Gap Road, Suite 302
Cumming, Georgia 30040
T & F: (678) 672-1234
ktallant@tallanthowell.com